UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN ELIZABETH GRIFFIN,<br><br>    Plaintiff,<br><br>        v.<br><br>VENTURA MILITARY BASE, et al.,<br><br>    Defendants. | Case No.  15-cv-01803-EDL<br><br>**REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Lucy H. Koh for consideration of whether the case is related to Griffin v. Ventura Military Base, et al., 15-cv-00643-LHK.

**IT IS SO ORDERED.**

Dated: May 5, 2015

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge